# Notice Recipients

District/Off: 0971–5      User: kdu           Date Created: 3/9/2011
Case: 10–05306            Form ID: pdfeoapc   Total: 3

**Recipients of Notice of Electronic Filing:**
aty         Sam Taherian
aty         Saman Taherian        Fullerlawfirmecf@aol.com

                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
            Loraine L. Pedowitz      Allen Matkins Leck Gamble Mallory    &Natsis     515 South Figueroa St., 9th Fl.     Los Angeles, CA 90071–3309

                                                                TOTAL: 1